IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY P. ASHWORTH,

    Plaintiff,

vs.

STEVE MUMBOWER, *et al.*,

    Defendants.

Case No. 12-cv-879-JPG

**MEMORANDUM AND ORDER**

    Plaintiff Timothy P. Ashworth filed two motions (Docs. 38 & 40) while he is represented by counsel.  A defendant does not have a right to file his own motions when he is represented by counsel.  *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*).  "Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992).  So-called "hybrid representation" confuses and extends matters at trial and in other proceedings and, therefore, it is forbidden.  *See United States v. Oreye*, 263 F.3d 669, 672-73 (7th Cir. 2001).  The Court may strike as improper any such *pro se* motions.  *See, e.g.*, *United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).  The Court hereby **ORDERS** that Ashworth's *pro se* motions (Docs. 38 & 40) be **STRICKEN**.

**IT IS SO ORDERED.**

**DATED:** April 17, 2014

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**