IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TIMOTHY P ASHWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  12-cv-00879-JPG |
| | ) | |
| STEVE MUMBOWER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion for Copy (Doc. 51); Plaintiff's Second Motion for Copy (Doc. 52); and Plaintiff Motion to Request the Court to Correct the Case Number in Motion filed on March 17, 2015 (Doc. 53).

Individuals have no constitutional right to a complimentary copy of any document in their court files.  *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993).  Before providing copies free of charge, a district court may require the requestor to show: (1) that he has exhausted *all* other means of access to his files (*i.e.*, through his trial), (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing), and (3) that the documents requested are necessary for the preparation of some specific non-frivolous court action.  *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980);  *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 413-14.  These minimal requirements do not impose any substantial burden to financially unable prisoners who desire their records be sent to them at government expense.

The Court also notes that this matter was voluntarily dismissed and is no longer an active case.  Plaintiff may purchase copies of court filings from the Clerk's office for $0.50 per page.

With regard to Plaintiff's Motion to Request the Court to Correct the Case Number in Motion filed on March 17, 2015 (Doc. 53), the Court filed the motion in this case and also in matter 15-cv-182.  It is again noted that this matter is closed and it is not the Court's responsibility to correct filings.  Further, there is not a pending motion in this matter that was filed on March 17, 2015.

As such, Plaintiff's Motion for Copy (Doc. 51); Plaintiff's Second Motion for Copy (Doc. 52); and Plaintiff Motion to Request the Court to Correct the Case Number in Motion filed on March 17, 2015 (Doc. 53) are **DENIED**.

**IT IS SO ORDERED.**

**Dated:**  3/25/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**