### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY P ASHWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  12-cv-00879-JPG |
| ) | |
| STEVE MUMBOWER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **MEMORANDUM AND ORDER**

This matter comes before the court on Plaintiff's Motion (Doc. 55) for All Exhibits and File.  Individuals have no constitutional right to a complimentary copy of any document in their court files.  *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993).  Before providing copies free of charge, a district court may require the requestor to show: (1) that he has exhausted *all* other means of access to his files (*i.e.*, through his trial and appellate counsel), (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing), and (3) that the documents requested are necessary for the preparation of some specific non-frivolous court action.  *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980);  *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 413-14.

The Plaintiff has demonstrated that he has made repeated requests to his former counsel and he appears to have exhausted all other means.  Further, Plaintiff filed his prisoner trust fund account with this Motion in support of his position that he is financially unable to obtain copies and that is requesting a copy of the Complaint for the non-frivolous purpose of amending his complaint in a related matter.

Therefore, Plaintiff's Motion (Doc. 55) for All Exhibits and File is **GRANTED** as a limited, one-time courteous, the Clerk of Court is **DIRECTED** to send the Plaintiff a copy of Document 1 and the Exhibits attached to Document 1.

**IT IS SO ORDERED.**

**DATED:**  3/31/2015                             *s/J. Phil Gilbert*
                                                                  **J. PHIL GILBERT**
                                                                  **DISTRICT JUDGE**